UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Central Falls Detention Facility Corporation, Plaintiff | ) ) ) ) | |
| v. | ) | CA-11-CV-00650-DLM |
| | ) | |
| National Union Fire Insurance Company of Pittsburgh, PA, Defendant | ) ) ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now comes the Plaintiff, Central Falls Detention Facility Corporation, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), who hereby gives notice that it is voluntarily dismissing its complaint against the Defendant, National Union Fire Insurance Company of Pittsburgh, PA, without prejudice.

Respectfully Submitted
Central Falls Detention Facility Corporation
By its attorneys,


   /s/  Scott K. DeMello
Scott K. DeMello (#7675)
Lepizzera & Laprocina Counsellors at Law
117 Metro Center Blvd., Suite 2001
Warwick, RI  02886
Ph:  401-739-7397
Fx:  401-384-6950
email:  sdemello@leplap.com

Dated: March 5, 2012